COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-07-320-CV

IN THE INTEREST OF A.K.M., M.W.M., AND C.O.M.
 

 
 

----------

FROM THE 325
th
 DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s “Motion For Dismissal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

PER CURIAM

PANEL D:  DAUPHINOT, HOLMAN, and GARDNER

DELIVERED:  October 18, 2007

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.